IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SONYA FORTENBERRY MARSHALL**                                                              **PLAINTIFF**

**VS.**                                                       **CIVIL ACTION NO. 1:15-CV-225-KS-RHW**

**METROPOLITAN LIFE INSURANCE COMPANY**                                         **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the joint *ore tenus* motion to dismiss of the Plaintiff and the Defendant, and the Court being advised that all issues existing between the Plaintiff and the Defendant have been resolved, it is the opinion of the Court that the motion to dismiss this case should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Complaint in the above referenced matter be and the same is hereby dismissed with prejudice with each party to bear her or its own costs.

SO ORDERED AND ADJUDGED, this the 27th day of August, 2015.


                                                     *s/ Keith Starrett*
                                          UNITED STATES DISTRICT JUDGE


Approved and Agreed as to Form and Content:

*s/William T. Reed*
William T. Reed
Oswald and Reed
Post Office Box 1428
Pascagoula, MS 39568
*Counsel for Plaintiff*

*s/Kenna L. Mansfield, Jr.*
Kenna L. Mansfield, Jr. (MSB #1855)
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi 39157
Post Office Box 131
Jackson, Mississippi  39205-0131
Telephone:  (601) 605-6900
kmansfield@wellsmar.com
*Counsel for Defendant*